56 A.3d 1244

**In the Matter of the Honorable Norman R. STONE, III, Commission on Judicial Disabilities CJD 2012–014.**

**Misc. Docket (Subtitle CJD) No. 1, Sept. Term, 2012.**

Court of Appeals of Maryland.

Dec. 14, 2012.

## CONSENT ORDER

Upon consideration of the Agreement for Discipline by Consent filed in the above entitled matter in accordance with Maryland Rule 16–808(I), it is this 14th day of December 2012:

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the Agreement for Discipline by Consent be, and it is hereby, approved; and it is further

ORDERED, that the Agreement for Discipline by Consent shall be made public; and it is further

ORDERED, that Judge Stone shall be suspended without pay for a period of five (5) work days to be completed within thirty (30) days of December 14 2012.